UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Christopherson,

Plaintiff,

v.

Macy's,

and

Trans Union LLC,

Defendant.

Court File No. 01-405 JRT/FLN:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that the Complaint of the Plaintiff herein against Macy's be and hereby is dismissed, with prejudice, on the merits, and without costs to either party.

Date: 5/11/01

THOMAS J. LYONS & ASSOCIATES

By: Thomas Lyons
Thomas J. Lyons, Sr., #65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

ATTORNEYS FOR PLAINTIFF
BRIAN CHRISTOPHERSON

Date: 5/15/01

OPPENHEIMER WOLFF & DONNELLY, LLP

By: [signature]
James M. Jorissen, #262833
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

ATTORNEYS FOR DEFENDANT MACY'S

FILED MAY 1 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED:

That the Complaint of the Plaintiff herein against Macy's be and hereby is dismissed, with prejudice, on the merits, and without costs to either party.

BY THE COURT:

Date: May 16, 2001

HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT
JUDGE