**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BRIAN CHRISTOPHERSON,

Plaintiff,

v.

MACY'S and
TRANS UNION LLC,

Defendants.

Court File No.: 01-405 JRT/FLN

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective legal counsel, that Plaintiff's claims against Defendant Trans Union LLC shall be, and hereby are, dismissed with prejudice and without costs or attorney fees to any party hereto.

Date: May 10th, 2001.

CONSUMER JUSTICE CENTER, P.A.

By: Thomas J. Lyons

Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEY FOR PLAINTIFF

FILED MAY 1 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 9, 2001

SHAPIRO PROFESSIONAL ASSOCIATION

Lawrence M. Shapiro (#130886)
Susan D. Holappa (#172741)
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
Phone: (763) 542-1716
Fax: (763) 542-1784

Monica L. Thompson
Daniel O. Halvorsen
PIPER MARBURY RUDNICK & WOLFE
203 N. LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

**ORDER**

Based upon the foregoing Stipulation, Plaintiff's claims against Defendant Trans Union LLC shall be, and hereby are, dismissed with prejudice and without costs or attorney fees to any party hereto.

Date: May 16, 2001.

BY THE COURT:

The Honorable John R. Tunheim,
Judge of United States District Court
for the District of Minnesota